| | |
|---|---|
| 1 | Mitchell F. Boomer (SBN 121441) |
| | Conor J. Dale (SBN 274123) |
| 2 | JACKSON LEWIS P.C. |
| | 50 California Street, 9th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 394-9400 |
| 4 | Facsimile: (415) 394-9401 |
| | Mitchell.Booomer@jacksonlewis.com |
| 5 | Conor.Dale@jacksonlewis.com |
| 6 | Attorneys for Defendant |
| | ADAPTIVE INSIGHTS, INC. |
| 7 | |
| 8 | Edward A. Kraus (SBN 162043) |
| | William L. Bretschneider (SBN 144561) |
| | SILICON VALLEY LAW GROUP |
| 9 | One North Markey St., Suite 200 |
| | San Jose, CA, 95113 |
| 10 | Telephone: (408) 573-5700 |
| | Facsimile: (408) 573-5701 |
| 11 | Ekraus@svlg.com |
| | wlb@svlg.com |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | JUSTIN M. WALTER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. WALTER,<br><br>Plaintiff,<br><br>v.<br><br>ADAPTIVE INSIGHTS, INC.; and<br>DOES 1-50, inclusive,<br><br>Defendants. | Case No. 18-06767-NC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii) AND ORDER**<br><br><br><br>Judge: The Hon. Nathaniel Cousins |

Pursuant to F.R.C.P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear its own attorneys' fees and costs. This stipulation is made as the matter has been resolved.

Dated: December 13, 2019

By: JACKSON LEWIS P.C.
*/S/Conor J. Dale*
Conor J. Dale
Attorneys for Defendant
ADAPTIVE INSIGHTS, INC.

1  Case No. 18-06767-NC

Joint Stipulation for Dismissal and Order
10551843.DOCX

Dated: December 13, 2019    SILICON VALLEY LAW GROUP

By: /S/Edward A. Kraus
Edward A. Kraus
William L. Bretschneider
Attorneys for Plaintiff
JUSTIN A. WALTER

Pursuant to Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories to this document.

/s/Conor J. Dale

## ORDER

The Court, upon consideration of the parties' Joint Stipulation and [Proposed] Order to dismiss, grants the parties' request and dismisses the action with prejudice, all parties to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 2, 2020    _____
The Hon. Nathanael M. Cousins
United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]